Case 18-11379  Doc 6-1  Filed 12/03/18  Entered 12/03/18 12:26:08  Page 1 of 1

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 053N–3 | User: ddic | Date Created: 12/3/2018 |
| Case: 18–11379 | Form ID: 309Bamd | Total: 35 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Donna Faye Watts | 17431 Empress Dr. | Greenwell Springs, LA 70739 |
| db | Michael Davis Watts, Sr | 17431 Empress Dr. | Greenwell Springs, LA 70739 |
| tr | Martin A. Schott | 7922–B Wrenwood Blvd. | Baton Rouge, LA 70809 |
| aty | Morley C. Diment | Pierce and Shows  601 St. Joseph Street | Baton Rouge, LA 70802 |
| 1904168 | 3301 North Boulevard | Baton Rouge , LA 70806 | |
| 1904169 | AMCA/ Laboratory Corp of America | 4 Weschester Plaza  Suite 110 | Elmsford, NY 10523 |
| 1904170 | Capital one card | PO Box 30285 | Salt Lake City, UT 84130 |
| 1904171 | Certified Bureau Of The SO | 1012 S Acadian  Ste 21 | Baton Rouge, LA 70806 |
| 1904172 | Chrysler Capital | P.O. BOX 961278 | Ft Worth, TX 76161–1278 |
| 1904173 | DIVERSIFIED CONSULTANTS/ ATT | PO BOX 551268 | JACKSONVILLE, FL 32255–1268 |
| 1904174 | FMA Alliance, Ltd/ OLOL Hospital | 12339 Cutten RD | Houston, TX 77066 |
| 1904175 | FMA Alliance, Ltd/ OLOL Physician Group, LLC | 12339 Cutten RD | Houston , TX 77066 |
| 1904176 | Franklin Collection SVC | 2978 W. Jackson St. | Tupelo, MS 38803 |
| 1904177 | GM Financial | P.O Box 182963 | Arlington, TX 76096–2963 |
| 1904178 | IRS – Centralized Insolvency Operation | PO BOX 7346 | Philadelphia, PA 19101 |
| 1904179 | Internal Revenue Service  District Counsel | P.O. Box 30509 | New Orleans, LA 70190 |
| 1904180 | LOUISIANA RECOVERY/CENTRAL OAKS | 1304 BERTRAND DR  STE F4 | LAFAYETTE, LA 70506 |
| 1904181 | Louisiana Department of Revenue | P.O. Box 66658 | Baton Rouge, LA 70896 |
| 1904182 | MGC Mortgage INC. | 1 Corporate Dr  Suite 360 | Lake Zurich, IL 60047–8945 |
| 1904183 | Nationstar Mortgage LLC | 8950 Cypress Waters Blvd | Coppell, TX 75019 |
| 1904184 | Office of the U.S. Attorney | 777 Florida Street  Suite 208 | Baton Rouge, LA 70801 |
| 1904185 | Office of the U.S. Trustee, Region V | 400 Poydras Street  Suite 2110 | New Orleans, LA 70130 |
| 1904186 | Premier South, LLC. Atty Joseph Martin | 934 Third St. suite 800 | Alexandria, LA 71309 |
| 1904187 | Reliable Credit | 689 E Airport Ave #1 | Baton Rouge, LA 70806 |
| 1904188 | SYNCHRONY BANK CARE CREDIT | PO BOX 965036 | ORLANDO, FL 32896 |
| 1904189 | Southern Credit Recovery | PO BOX 8710 | Metairie, LA 70011 |
| 1904190 | Southern Remodelers and Kitchens, LLC. Atty J | 7967 Office Park Bld  PO Box 15948 | BATON ROUGE, LA 70895 |
| 1904191 | Stanley C Kottemann,Jr | 3800 Florida Ave  Suite 201 | Kenner , LA 70065 |
| 1904192 | The McCarthy Law Firm/ OLOL Hospital | 7922 Picardy Ave | Baton Rouge, LA 70809 |
| 1904193 | Transfinancial Companies/BR General Hosp | PO box 80103 | Baton Rouge, LA 70898 |
| 1904194 | Transfinancial Companies/Mary Bird Perkins Ca | PO box 80103 | Baton Rouge, LA 70898 |
| 1904196 | Transfinancial Companies/Womens Hospital | PO box 80103 | Baton Rouge , LA 70898 |
| 1904195 | Transfinancial Companies/Womens Hospital | PO box 80103 | Baton Rouge, LA 70898 |
| 1904197 | Trinity billing services. / Radiology Assoc, | PO Box 1890 | Jonesboro, AR 72403 |
| 1904198 | WELLS FARGO | PO BOX 14517 | DES MOINES , IA 50306 |

TOTAL: 35