## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE: DONNA FAYE WATTS  CASE NO. 18-11379
      MICHAEL DAVIS WATTS, SR  CHAPTER 7

### MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Mover"), a secured creditor, respectfully represents:

1.

The Debtors in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 7 of the United States Bankruptcy Code on November 30, 2018.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of inter alia 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Mover is the entity entitled to enforce a note in the original principal amount of $136,000.00, dated April 28, 2006, executed by Michael David Watts and secured by a mortgage, executed by Michael David Watts and Donna Watts, recorded at Orig: 848 Bndl: 11832, in the records of East Baton Rouge Parish, Louisiana, affecting the following described property located in Greenwell Springs, Louisiana:

> One certain lot or parcel of ground situated in that subdivision of the Parish of East Baton Rouge, State of Louisiana, known as BELLINGRATH HILLS SUBDIVISION, and being designated on the official subdivision map, on file and of record in the office of the Clerk and Recorder for said parish and state, as LOT 14, said subdivision.
>
> bearing the municipal address of 17431 Empress, Greenwell Springs, Louisiana 70739.

4.

Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements in support of right to seek a lift of the automatic stay and foreclose if necessary.

5.

The Debtors are in default on the obligations under the Note and Mortgage to Mover. The Debtors are delinquent for the months of July 1, 2018 through date on the direct monthly mortgage payments of $962.20 each.

6.

The estimated payoff of the subject loan as of January 7, 2019 is $142,771.49, not including attorney's fees and costs.

7.

The encumbrances against the subject property are as follows:

| | |
|---|---|
| First Mortgage Payoff Nationstar Mortgage, LLC | $142,771.49 |
| Second Mortgage Payoff (Estimated) MGC Mortgage INC | $12,668.59 |
| Total Estimated Payoff | $155,440.08 |

8.

The value of the property as reflected by the Debtor Schedules, and to which Creditor stipulates for purposes of this motion only, is approximately $190,000.00. After the debtors' homestead exemption and the costs associated with the selling of said property, there is no equity in the property for the benefit of unsecured creditors.

9.

For the foregoing reasons, Mover requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVER PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11 U.S.C. 362(a) as to the estate of the Debtors so to allow Mover to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR