# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: WATTS, DONNA & MICHAEL | CASE NO. 18-11379 |
| DEBTOR | CHAPTER 7 |

### NOTICE AND ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO ALL THE CREDITORS AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that without further order of the Court and unless there is an objection within fifteen (15) days from the date of this notice, and pursuant to 11 U.S.C. Section 554(a), Martin A. Schott, the trustee of the estate of the above captioned debtors, abandons all of the estate's interest in the following described property as being burdensome and of inconsequential value to the estate:

*Municipal Address: 17431 Empress Drive, Greenwell Springs, LA 70739*

Any creditor or other interested party having opposition to the proposed abandonment must, within fifteen (15) days from the date of this Notice, file a written objection thereto with the Clerk of the Bankruptcy Court, 707 Florida Street, Room 119, Baton Rouge, LA 70801, and must notice said objection for hearing in compliance with Local Bankruptcy Rule 303.

If no objection is timely filed, and set for hearing, the abandonment by the trustee as to the property described hereinabove will become final without the necessity of any further action.

Baton Rouge, Louisiana, this __23rd__ day of ___January___, 2019.

_S/Martin A. Schott_
MARTIN A. SCHOTT, TRUSTEE (11822)
7922 Wrenwood Boulevard, Suite B.
Baton Rouge, Louisiana 70809
(225) 928-9292 office
(225) 924-2469 fax
Usbc@schottlawfirm.com