## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:  DONNA FAYE WATTS                     CASE NO. 18-11379
     MICHAEL DAVIS WATTS, SR.              CHAPTER 7

### CONSENT ORDER

Considering the Motion for Relief (P-19) filed on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Creditor"), the agreement between the parties, and applicable law,

IT IS ORDERED that if the Debtors do not have a bona fide purchase agreement in an amount to satisfy all obligations to Creditor as well as the costs of sale related to the property located at 17431 Empress, Greenwell Springs, LA, or the property is not sold before ninety (90) days from February 8, 2019, attorney for Creditor shall submit an ex parte order to the court granting relief from the automatic stay, after ten (10) day notice to Debtors with respect to the property located at 17431 Empress, Greenwell Springs, LA, on which NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, holds a mortgage, thereby allowing NATIONSTAR LLC D/B/A MR. COOPER, to begin foreclosure proceedings via state court proceedings or otherwise.

Baton Rouge, Louisiana, February 14, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE

DEAN MORRIS, L.L.C.                          Morley C. Diment
1820 Avenue of America                       Attorney at Law
P. O. Box 15270                              601 St. Joseph Street
Monroe, LA 71207-5270                        Baton Rouge, LA  70802
 (318) 388-1440

By:  /s/ Jason R. Smith (Bar # 34981)        By: /s/ Morley C. Diment
Attorneys for Creditor                       Attorney for Debtor