## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

IN RE:

DONNA FAYE WATTS  
MICHAEL DAVIS WATTS, SR.

CASE NUMBER: 18-11379

DEBTORS

CHAPTER 7

### ORDER

Considering the Motion to Lift Stay (P-16) filed on behalf of Santander Consumer USA Inc. dba Chrysler Capital, the lack of opposition thereto, and applicable law;

IT IS ORDERED that the automatic stay is lifted in favor of Santander Consumer USA Inc. dba Chrysler Capital as to the 2014 Toyota Tacoma bearing Manufacturer's Serial Number 5TFJU4GN7EX063189.

Baton Rouge, Louisiana, February 13, 2019.

**s/ Douglas D. Dodd**  
DOUGLAS D. DODD  
UNITED STATES BANKRUPTCY JUDGE